1  Jason A. Imes Esq., NV Bar No. 7030
   Fox, Imes & Crosby LLC
2  601 S. 10th Street, Suite 202
   Las Vegas, Nevada 89101
3  Telephone:     (702) 382-1007
4  Facsimile:      (702) 382-1921
   E-Mail:         info@FICLegal.com
5  *Proposed Attorneys for Robert E. Atkinson, Chapter 7 Trustee*

6              **UNITED STATES BANKRUPTCY COURT**

7                   **DISTRICT OF NEVADA**

8

| | |
|---|---|
| In re METAL PARTNERS REBAR, LLC, | Case No.  BK-S-20-12878-ABL **(Lead Case)** |
| Debtor. | **Jointly Administered with:** |
| | Case No. BK-S-20-12876-ABL |
| ☒ Affects Metal Partners Rebar, LLC | Case No. BK-S-20-12879-ABL |
| ☐ Affects BGD LV Holding, LLC | Case No. BK-S-20-12880-ABL |
| ☐ Affects BRG Holding, LLC | Chapter 7 |
| ☐ Affects BCG Ownco, LLC | **Adversary Proceeding: 23-01069-ABL** |
| TROY S. FOX, CHAPTER 7 TRUSTEE, | **NOTICE OF HEARING ON TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH TRAXYS NORTH AMERICA LLC (FRBP 9019)** |
| Plaintiff, | |
| v. | Hearing Date:   June 13, 2023 |
| TRAXYS NORTH AMERICA LLC, | Hearing Time:  10:00 a.m. |
| Defendant. | |

NOTICE IS HEREBY GIVEN that a hearing on Trustee's Motion to Approve Settlement

Agreement with Traxys North America LLC (FRBP 9019) on the above referenced case is

scheduled to be heard on the 13th day of June 2023 at 10:00 a.m.

The hearing will be held at the date and time specified above via telephone conference.

Conference line: (669) 254-5252; Meeting ID: 161 166 2815; Passcode: 115788#.  Any

FOX, IMES & CROSBY LLC
601 S. 10ᵗʰ Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

1  Opposition must be filed pursuant to Local Rule 9014(d)(1).Please see the Court's Calendars

2  posted on the website for the appropriate call-in number and code.

3       Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any oppositions to a

4  motion must be filed, and service of the opposition must be completed on the movant, no later

5  than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth

6  all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits

7  or declarations that conform to the provisions of subsection (c) of this rule."

8       If you object to the relief requested, you must file a WRITTEN response to this pleading

9  with the court.  You must also serve your written response on the person who sent you this notice.

10       If you do not file a written response with the court, or if you do not serve your written

11  response on the person who sent you this notice, then:

12       The court may refuse to allow you to speak at the scheduled hearing; and

13       The court may rule against you without formally calling the matter at the hearing.

14       NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from

15  time to time without further notice.

16       Dated this 28ᵗʰ day of April, 2023.

17                    Submitted by:

18

19

20                    /s/ Jason A. Imes, Esq.

21

22

23

24

25

26

27

28